UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, <br><br>                   Plaintiff, <br><br> v. <br><br> MYLAN INC., MYLAN PHARMACEUTICALS INC. and FAMY CARE LTD., <br><br>                   Defendants. | Civil Action No. 3:11-cv-06844 (JAP)(DEA) |
| WARNER CHILCOTT COMPANY, LLC, <br><br>                   Plaintiff, <br><br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br><br>                   Defendants. | Civil Action No. 3:11-cv-07228 (JAP)(DEA) |

**REQUEST BY WILLIAM J. O'SHAUGHNESSY
FOR PRO HAC VICE ATTORNEY TO RECEIVE
ELECTRONIC NOTIFICATION**

Request is hereby made by William J. O'Shaughnessy for *pro hac vice* counsel Dominick P. DiSabatino to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for Dominick P. DiSabatino.

Dated: August 2, 2013                                               s/ William J. O'Shaughnessy
                                                                               William J. O'Shaughnessy

ME1 16213657v.1

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444 (telephone)
(973) 624-7070 (facsimile)

*Counsel for Plaintiff*
*Warner Chilcott Company, LLC*

PRO HAC VICE ATTORNEY INFORMATION

Dominick P. DiSabatino (ddisabatino@fchs.com)
FITZPATRICK, CELLA, HARPER &
  SCINTO
1290 Avenue of the Americas
New York, NY 10104