# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, | |
| Plaintiff, | Civil Action No. 3:11-cv-06844 (JAP)(DEA) |
| v. | |
| MYLAN INC., MYLAN PHARMACEUTICALS INC. and FAMY CARE LTD., | |
| Defendants. | |
| WARNER CHILCOTT COMPANY, LLC, | |
| Plaintiff, | Civil Action No. 3:11-cv-07228 (JAP)(DEA) |
| v. | |
| LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., | |
| Defendants. | |

### REQUEST BY WILLIAM J. O'SHAUGHNESSY
### FOR PRO HAC VICE ATTORNEY TO RECEIVE
### ELECTRONIC NOTIFICATION

Request is hereby made by William J. O'Shaughnessy for *pro hac vice* counsel Marissa T. Kovary to receive electronic notification in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for Marissa T. Kovary.

Dated: August 2, 2013

s/ William J. O'Shaughnessy
William J. O'Shaughnessy

ME1 16213667v.1

                                          McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444 (telephone)
(973) 624-7070 (facsimile)

*Counsel for Plaintiff*
*Warner Chilcott Company, LLC*

PRO HAC VICE ATTORNEY INFORMATION

Marissa T. Kovary (mkovary@fchs.com)
FITZPATRICK, CELLA, HARPER &
 SCINTO
1290 Avenue of the Americas
New York, NY 10104