UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, | |
| Plaintiff(s), | Civil Action No. 11-7228 (JAP) |
| v. | |
| LUPIN LTD., et al., | **JUDGMENT** |
| Defendant(s). | |

  This is an action brought by plaintiff Warner Chilcott Company, LLC ("Plaintiff") against defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. ("Defendants") alleging infringement of United States Patent No. 6,667,050 (the "'050 Patent") under 35 U.S.C. § 271(e)(2)(A). A bench trial was held before the Court January 13–24 and February 21, 2014. For the reasons in the accompanying Opinion,

  IT IS on this 28th day of April 2014

  ORDERED as follows:

  1. Judgment is entered in favor of Plaintiff on Plaintiff's claims of infringement and Defendants' counterclaim of noninfringement.

  2. The Court finding that the '050 patent is invalid as obvious, and judgment is entered in favor of Defendants on Defendants' counterclaim of invalidity.

  3. Given the likelihood that confidential information may have been disclosed in the Court's Opinion, the Clerk is directed to file the Opinion under a temporary seal pursuant to

Local Civil Rule 5.3(c)(6).  To the extent any party believes that portions of the Opinion should be permanently sealed, that party shall file a formal motion to seal no later than May15, 2014.  If no motion to seal is timely filed, the Court shall immediately unseal its Opinion.

**SO ORDERED.**

    /s/ JOEL A. PISANO
United States District Judge