UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>             Defendants. | C.A. No. 3:11-cv-07228-JAP-DEA |

**PLAINTIFF WARNER CHILCOTT'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Warner Chilcott Company, LLC appeals to the U.S. Court of Appeals for the Federal Circuit from the U.S. District Court for the District of New Jersey's Opinion (D.I. 193 (April 29, 2014)) and Judgment (D.I. 194 (April 29, 2014)) in the above-captioned case, including, without limitation, any and all decisions underlying or leading to the foregoing. This appeal is timely under 28 U.S.C. § 2107(c),

Federal Rule of Appellate Procedure 4(a)(5), and the Court's Order of May 28, 2014 (D.I. 205).

          Respectfully submitted,

         /s/ William J. O'Shaughnessy
         William J. O'Shaughnessy
         Cynthia S. Betz
         MCCARTER & ENGLISH, LLP
         Four Gateway Center
         100 Mulberry St.
         Newark, NJ 07102
         Tel: (973) 622-4444
         Fax: (973) 624-7070

         George F. Pappas
         Jeffrey B. Elikan
         Benjamin C. Block
         Eric R. Sonnenschein
         Erica N. Andersen
         Sumon S. Dantiki
         Jeremy D. Cobb
         COVINGTON & BURLING LLP
         1201 Pennsylvania Avenue, NW
         Washington, DC 20004
         Tel. (202) 662-6000
         Fax: (202) 662-6291

         *Attorneys for Plaintiff*
         *Warner Chilcott Company, LLC*

June 26, 2014