**FOX ROTHSCHILD LLP**
By:  Karen A. Confoy
     Christopher R. Kinkade
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648
Telephone: (609) 896-3600
Facsimile: (609) 896-1469
Email: kconfoy@foxrothschild.com
       ckinkade@foxrothschild.com

*Attorneys for Defendants*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 3:11-cv-07228-JAP-TJB<br><br>**NOTICE OF APPEAL<br>BY DEFENDANTS LUPIN LTD. AND LUPIN PHARMACEUTICALS, INC.**<br><br>*(Document Electronically Filed)* |

Notice is hereby given that Lupin Ltd. and Lupin Pharmaceuticals, Inc., Defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the District Court's Opinion dated April 29, 2014 (D.I. No. 193) and the Judgment dated April 29, 2014 (D.I. No. 194) in the above-captioned case, including, without limitation, the Court's finding in favor of Plaintiff on Plaintiff's claims of infringement and Defendants' counterclaim of non-infringement with respect to U.S. Patent No. 6,667,050, the Court's finding that Defendants did not prove that the claims of U.S. Patent No. 6,667,050 are invalid due to

1

indefiniteness, and any and all decisions of this Court underlying or leading to any of the foregoing.  This appeal is timely under Federal Rule of Appellate Procedure 4(a)(3).

Respectfully submitted,

Dated:  July 10, 2014

 s/ Karen A. Confoy
Karen A. Confoy (kconfoy@foxrothschild.com)
Christopher R. Kinkade (ckinkade@foxrothschild.com)
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive, Bldg. 3
Lawrenceville, New Jersey 08648
Telephone:  (609) 896-3600
Facsimile:  (609) 896-1469

Robert F. Green (rgreen@leydig.com)
Christopher T. Griffith (cgriffith@leydig.com)
Jessica M. Tyrus (jtyrus@leydig.com)
Marc R. Wezowski (mwezowski@leydig.com)
**LEYDIG, VOIT & MAYER, LTD.**
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6731
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

*Attorneys for Defendants*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2014, I served a true and correct copy of Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.'s Notice of Appeal upon all counsel of record via ECF.

                                                             s/ Karen A. Confoy
                                                             Karen A. Confoy
                                                             Christopher R. Kinkade
                                                             FOX ROTHSCHILD LLP
                                                             Princeton Pike Corporate Center
                                                             997 Lenox Drive, Building 3
                                                             Lawrenceville, New Jersey 08648
                                                             Telephone: (609) 896-3600
                                                             Facsimile: (609) 896-1469
                                                             Email: kconfoy@foxrothschild.com
                                                                         ckinkade@foxrothschild.com

                                                             *Attorneys for Defendants*
                                                             *Lupin Ltd. and Lupin Pharmaceuticals, Inc.*